**Mesbah U.S. SABAH, Petitioner,**

v.

**Alberto R. GONZALES, U.S. Attorney General, Respondent.**

No. 05–60080.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 1, 2005.

Richard Prinz, Law Office of Richard Prinz, Houston, TX, for Petitioner.

Thomas Ward Hussey, Director, U.S. Department of Justice Office of Immigration Litigation, John Clifford Cunningham, Edward C. Durant, U.S. Department of Justice Civil Division Immigration Litigation, Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, Hipolito Acosta, Caryl G. Thompson, U.S. Immigration & Naturalization Service, Houston, TX, U.S. Immigration & Naturalization Service District Directors Office, New Orleans, LA, for Respondent.

Before JONES, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM: *

Mesbah Us Sabah (Petitioner) asks this court to review the order of the Board of Immigration Appeals (BIA) entered on January 7, 2005 which dismissed Petitioner's appeal from the decision of the immigration judge dated June 4, 2003. We have carefully reviewed the briefs and rel-

---

evant portions of the record. For the reasons stated by the BIA in its order dated January 7, 2005, we affirm the decision of the BIA and deny this petition for review.

PETITION DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.